IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>EDGAR DIAZ, EMILE FORT, and RAYMON MILBURN,<br><br>    Defendants.<br>                                 / | No. CR 05-00167 WHA<br><br>**ORDER RE EX PARTE APPLICATION AND DECLARATION FOR ORDER ALLOWING CONTACT VISIT AND FILING UNDER SEAL** |

The Court has received defendant Edgar Diaz's ex parte application and declaration for order allowing contact visit and filing under seal. The Court will grant the entire application *except* for the request to file under seal. The Court sees little reason to file the application and declaration under seal since prison officials will be fully apprised of the purpose of the visit and who will be present. Defense counsel may have until **WEDNESDAY, DECEMBER 5, 2007**, at **NOON** to justify a sealing order.

**IT IS SO ORDERED.**

Dated: December 3, 2007.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE