IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>DORNELL ELLIS,<br><br>   Defendant.<br>_____/ | No. CR 05-00167 WHA<br><br>**ORDER REGARDING LETTER RECEIVED FROM DEFENDANT** |

Yesterday, the Court received another letter from defendant Dornell Ellis stating that he has sent numerous letters to Attorney Mark Stuart Goldrosen, his attorney of record, and has not received responses. By order dated February 9, 2012, addressing the same issue raised by defendant in the instant letter, Attorney Goldrosen was instructed to respond to his client's letters, to the extent a response fell within the scope of his work. Attorney Goldrosen is reminded of this instruction and shall act in accordance therewith.

**IT IS SO ORDERED.**

Dated: April 24, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE