IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00167 WHA |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE RE MOTION FOR APPOINTMENT OF COUNSEL** |
| DORNELL ELLIS, | |
| Defendant. | |

Defendant Dornell Ellis has submitted a motion for appointment of counsel. Specifically, he seeks the assistance of counsel in filing a Section 2255 petition. This order makes no determination, at this time, about whether such a petition would be timely filed. The docket currently reflects that defendant has been appointed CJA counsel. Attorney Mark Stuart Goldrosen is listed as attorney of record. Defendant is **ORDERED TO SHOW CAUSE** why appointment of additional counsel is warranted. Defendant must file a written response to this order by **JUNE 13, 2012.**

**IT IS SO ORDERED.**

Dated: May 30, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE